LIBERTY MUTUAL INSURANCE COMPANY, Respondent, *v.* NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, November 16, 1936.

*James E. Turner* [*Eugene T. O' Neill* of counsel], for the appellant.

*John P. Smith* [*James P. Allen, Jr.*, of counsel], for the respondent.

PER CURIAM. The remedial amendment of 1935 (Chap. 258) of section 24 of the Workmen's Compensation Law dispensed with the requirement of approval by the State Industrial Board in this class of cases coming within subdivision (c) of section 13 of the statute, and may be deemed operative in this instance though the payments for treatment were made prior to the passage of the amendment.

Judgment and orders affirmed, with ten dollars costs.

All concur. Present — LYDON, LEVY and CALLAHAN, JJ.